**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                               **PLAINTIFF**

**vs.**                        **CASE NO. 4:11CR00026-03 BSM**

**SHANE TROPF**                                                                      **DEFENDANT**

## **ORDER**

A hearing on the United States' motion to revoke probation [Doc. No. 126] is scheduled **Friday, August 15, 2014 at 10:30 a.m.**

The motion for summons to be issued [Doc. No. 126] is granted. The clerk is directed to issue a summons and the United States Marshal is directed to serve the summons and a copy of this order on Shane Tropf to appear **Friday, August 15, 2014 at 10:30 a.m.** at Richard Sheppard Arnold United States Courthouse, 500 West Capitol, Room 2D, Little Rock, Arkansas, for a hearing on the motion to revoke probation. The summons should state that the defendant is to report to the United States Probation Office, 600 West Capitol Avenue, Room A226, thirty (30) minutes prior to the scheduled hearing. The clerk is directed to provide a copy of the motion to the United States Marshals.

Lisa Peters, Assistant Federal Public Defender, is appointed to represent defendant in the revocation proceedings.

The clerk is also directed to provide a copy of this order to the United States Probation Office.

IT IS SO ORDERED this 7th day of July 2014.

                                                                       */s/ Brian S. Miller*
                                                             UNITED STATES DISTRICT JUDGE